**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RAYONNA MILLER**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**DOWNTOWN D.C. BUSINESS IMPROVEMENT DISTRICT,**<br><br>    **Defendant.** | **Case No.** 1:17-CV-00389 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Downtown BID Services Corporation, incorrectly identified in the Complaint as Downtown D.C. Business Improvement District ("Defendant"), by counsel, hereby files its Notice of Removal of this action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

Defendant bases its removal on the following grounds:

1.     On January 31, 2017, Plaintiff Rayonna Miller, filed an action against Defendant in the Superior Court for the District of Columbia, captioned *Rayonna Miller v. Downtown D.C Business Improvement District*, No. 2017 CA 000597 B.  A copy of the Complaint is attached hereto and marked as Exhibit A.

2.     Defendant was served with the Complaint and Summons on February 1, 2017 and has timely filed this removal within thirty days in accordance with 28 U.S.C. § 1446(b)(3) ("[A] notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.").

3.     In addition to the Summons and Complaint, Defendant was served with the Superior Court Initial Order and Superior Court Notice.  True and correct copies of these documents and other related court documents are included in Exhibit A.

4.     The Complaint alleges that Plaintiff was wrongfully terminated from her employment with Defendant on September 13, 2016. Compl. ¶ 1. Plaintiff alleges she was retaliated against for filing a charge, on or about August 28, 2015, with the Equal Employment Opportunity Commission ("EEOC), alleging sexual harassment. *Id*. Plaintiff also asserts she received a Notice of Right to Sue from the EEOC. *Id*.

5.     This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) because Plaintiff apparently seeks to assert a claim for retaliatory discharge under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").  Removal is therefore proper. *See e.g. Morris v. Carter Global Lee, Inc.*, No. 12-01800, Doc. No. 9, Order (D.D.C. February 18, 2013) ( Kollar-Kotelly, J.) (noting "Defendant has surmised that this action raises a federal question of discrimination and has removed the matter [to] this Court on that basis" where the plaintiff did not present allegations of discrimination in his complaint and affidavit).

6.     Concurrent with the filing and service of this Notice of Removal, Defendant has served a Notice of Filing Notice of Removal on Plaintiff, and has filed such Notice with the Clerk of Court for the Superior Court for the District of Columbia. *See* Defendant's Notice of Filing Notice of Removal attached hereto as Exhibit B.

WHEREFORE, Defendant files this Notice of Removal so that the entire court action under Civil Action Number 2017 CA 000597 B now pending in the Superior Court for the District of Columbia is removed to this Court for all further proceedings.

        Respectfully submitted,

        */s/ Christopher E. Humber*
Christopher E. Humber
(DC Bar No. 462447)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C.  20006
Tel: (202) 887-0855
Fax: (202) 887-0866
christopher.humber@ogletreedeakins.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 3, 2017, I caused a true and correct copy of the foregoing to be filed via the Court's ECF filing system and served by U.S. Mail, first class, on the following:

        Rayonna Miller, *pro se*
        4409 F Street, S.E.
        Washington, DC 20019

                                    */s/ Christopher E. Humber*