# EXHIBIT B

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| **RAYONNA MILLER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A. No.:  2017 CA 000597 B |
| | : | Hon. Todd E. Edelman |
| **DOWNTOWN D.C. BUSINESS IMPROVEMENT DISTRICT** | : | Initial Conference-May 5, 2017 |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**

To:   Rayonna Miller, pro se            Clerk of the Superior Court for the
      4409 F Street, S.E.                   District of Columbia, Civil Division
      Washington, D.C. 20019             Moultrie Courthouse
                                                      500 Indiana Avenue N.W., Room 5000
                                                      Washington, D.C. 20001

Please take notice that a Notice of Removal of the above-captioned action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia has been filed in the United States District Court.  A copy of the Notice of Removal, with exhibits, is attached and made a part hereof as Exhibit 1.

Per 28 U.S.C. § 1446, filing this Notice of Filing Notice of Removal, together with the filing of the attached copy of the Notice of Removal with this Court, affects the removal of this action, and this Court may proceed no further unless and until the case is remanded by the United States District Court for the District of Columbia.

Dated:  March 3, 2017                    Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/ Christopher Humber
    Christopher Humber, Bar No. 462447
    1909 K Street, N.W., Suite 1000
    Washington, DC  20006
    Telephone:  202-887-0855
    Facsimile:  202-887-0866
    *christopher.humber@ogletreedeakins.com*

Attorneys for Defendant Downtown BID Services Corporation, incorrectly identified in the Complaint as Downtown D.C. Business Improvement District

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was electronically filed through Case File Express on this 3rd day of March, 2017, with a copy served by United States mail, postage prepaid to:

Rayonna Miller, *pro se*
4409 F Street, S.E.
Washington, D.C. 20019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/ Christopher Humber
    Christopher Humber, Bar No. 462447
    1909 K Street, N.W., Suite 1000
    Washington, DC  20006
    Telephone:  202-887-0855
    Facsimile:  202-887-0866
    *christopher.humber@ogletreedeakins.com*

Attorneys for Defendant Downtown BID Services Corporation, incorrectly identified in the Complaint as Downtown D.C. Business Improvement District