Civil Action #17-389 RBW

## Certificate of Service

I, Rayonna Miller Have mailed a copy of this motion to Ogletree Deakins Att. Christopher E Humber. The address it was mailed to was 1909 K ST NW Washington DC 20006 on 8/15/2017 Please see certified mail Receipt. (ATTACHED)

Rayonna Miller
4409 F ST SE
Washington DC 20019
(202) 377-9269

**RECEIVED**

AUG 15 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20006

| Certified Mail Fee | $3.35 | 0206 |
| --- | --- | --- |
| | $2.75 | 12 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00       Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $0.49

Total Postage and Fees   $6.59            08/15/2017

Sent To  Ogletree Deakins Att. Christopher E. Humpl
Street and Apt. No., or PO Box No.  1909 K ST NW Washington DC
City, State, ZIP+4®  Washington DC 20006

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

RECEIVED
AUG 15 2017
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia